UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                   :

TIFFANY FORBES,                      :

                    Plaintiff,     :         13 Civ. 7324 (DLC)

                                     :            ORDER

      -v-                         :

                                     :

THE CITY OF NEW YORK, DETECTIVE VITO    :
RAGOLIA SHIELD No. 3358, NEW YORK       :
COUNTY ASSISTANT DISTRICT ATTORNEY     :
ALEX SPIRO, and JOHN DOE ##1-2,        :

                                     :

                    Defendants.     :

----------------------------------------X



DENISE COTE, District Judge:

     The Plaintiff Tiffany Forbes ("Forbes") filed this action on

October 17, 2013.  On February 26, 2014, this Court granted

Forbes's attorney's motion to withdraw as counsel due to a

deterioration of his relationship with Forbes.  The Court ordered

that the action would continue with Forbes proceeding pro se.  By

letter of May 15, the Defendants stated that they had not been

able to communicate with Forbes since her attorney withdrew from

this case.  By Order of May 20, the Court required Forbes to

contact the Pro Se Office by May 30 to update the civil docket

sheet with her contact information and to indicate whether she

wished to continue to prosecute the case.  Forbes was warned that

"failure to update her contact information and communicate her

intentions to the Court by May 30 will result in this case being

dismissed for failure to prosecute."  Copies of the May 20 Order

1

were mailed by chambers to Forbes's last two known addresses. One copy was returned as undeliverable, the other copy was not. As of the date of this Order, Forbes has failed to update the civil docket sheet with her contact information or communicate her intentions as to whether she intends to prosecute this action.

When, as here, a plaintiff has failed to prosecute her case or comply with court orders, a court may dismiss the case pursuant to Rule 41(b), Fed. R. Civ. P. See Lewis v. Rawson, 564 F.3d 569, 575-76 (2d Cir. 2009). Accordingly, it is hereby

ORDERED that this action is dismissed without prejudice. The Clerk of Court shall close the case.

SO ORDERED:

Dated:     New York, New York
           June 5, 2014

                              _____
                              DENISE COTE
                              United States District Judge

COPIES MAILED TO:

Tiffany Forbes
21 Schaefer Street, Apt. 4D
Brooklyn, NY 11207


Tiffany Forbes
211 West 101st Street, #501
New York, NY 10025